Eric J. Benink, Esq., SBN 187434
David B. Zlotnick, Esq. SBN 195607
Mary K. Wyman, Esq., SBN 260104
KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP
550 West C Street, Suite 530
San Diego, CA 92101
Tel: (619) 232-0331
Fax: (619) 232-4019

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN EVENCHIK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVIS RENT A CAR SYSTEM, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: **'12CV0061 H    POR**<br><br>CLASS ACTION COMPLAINT FOR DAMAGES, RESTITUTION, AND INJUNCTIVE RELIEF |

Plaintiff Lynn Evenchik ("Plaintiff" or "Evenchik"), on behalf of herself and all others similarly situated, alleges as follows, based upon personal knowledge as to herself and her acts, and as to all other matters upon information and belief, based upon, inter alia, the investigation made by her attorneys:

## I.
## NATURE OF THE ACTION

1. Plaintiff brings this action on behalf of a class of all persons who rented motor vehicles from defendant Avis Rent A Car System, LLC, or one of its subsidiaries ("AVIS") in the State of California during the Class Period and who were charged a rate greater than that available under the AVIS Worldwide Discount rate codes Q200430 or B450300 for a

comparable rental.  The Class Period begins on September 15, 2010 and continues until the date of class certification.

2. AVIS is one of the world's leading automobile rental brands, and maintains numerous locations throughout the State of California, including at least 12 in San Diego County.  In September 2010, AVIS entered into a three year partnership with the International Gay and Lesbian Travel Association ("IGLTA") pursuant to which it provides discounted rental rates to gay and lesbian car renters.  AVIS' Worldwide Discount ("AWD") Code Q200430 provides such renters with discounts of up to 25% off of AVIS' regular rates.  Similarly, AVIS offers discounted rates to members of the National Gay and Lesbian Chamber of Commerce ("NGLCC").  These discount programs are intended to generate additional business for AVIS, in return for which AVIS pays a commission to the referring organizations.  This practice violates California's Unruh Civil Right Act (the "Unruh Act"), which prohibits businesses from offering discounts to customers based upon, inter alia, their sexual orientation.  These unfair and unlawful business practices result in many consumers who are not affiliated with those organizations paying substantially higher rental rates than those made available to gay and lesbian renters who use the above AWD Codes.

3. Plaintiff seeks damages, restitution, and injunctive relief from AVIS on behalf of consumers who have suffered from this illegal and unfair business practice.

## II.
## JURISDICTION AND VENUE

4. Jurisdiction is proper under 28 U.S.C. §1332(d) as the amount in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, and at least one member of the plaintiff class is a citizen of a different state than defendant.

5. Venue is proper in this district under 28 U.S.C. § 1391 as Plaintiff's transaction with AVIS took place in San Diego County, and numerous other class members have rented cars from AVIS in this District.  AVIS is subject to personal jurisdiction in this district.

/ / /

/ / /

Class Action Complaint	2

## III.
## PARTIES

6.  Plaintiff Lynn Evenchik is, and has been at all relevant times, a resident of Pima County, Arizona and a citizen of the State of Arizona.

7.  Defendant Avis Rent A Car System, LLC, is and has been at all relevant times a Delaware Limited Liability Company registered to and doing business in the State of California. AVIS' principal place of business is at 6 Sylvan Way, Parsippany, New Jersey.

## IV.
## SUBSTANTIVE ALLEGATIONS

8.  AVIS is one of the world's leading car rental brands. It has extensive operations throughout the State of California, including at least 12 locations in San Diego County.

9.  In or about September 2010, AVIS "signed a three year partnership with the International Gay and Lesbian Travel Association (IGLTA) that provides gay renters with discounted car rentals." September 15, 2010 SDGLN.com article, attached as Exhibit A. The article further states that "[t]he Avis Worldwide Discount (AWD) number B450300 provides savings of up to 25 percent on global rates."

10. As reflected on the "Avis-Prouder" website page attached as Exhibit B, AVIS continues to make such discounts available to gay and lesbian renters, albeit with the AWD code Q200430.

11. Similarly, AVIS is listed as the "official car rental choice of the NGLCC [National Gay and Lesbian Chamber of Commerce]." The latter organization's website advises members to use AWD code Q200400 "for up to 20% off of your next rental." See Exhibit C.

12. According to AVIS' website, its affiliates earn a commission on any rentals booked through their sites. It states:

> Avis pays all new car rental affiliates 3% commission (based on rental-car time and mileage) for each completed car rental reservation referred from your affiliate link. Higher commission rates are negotiable for high performers. As the number of referred and completed car rentals from your site to our site increases, so can your commission.

Class Action Complaint                              3

13. Although AVIS offers many discounted rates and AWD codes, the IGLTA/NGLCC discounts are among the best that AVIS makes generally available and is frequently a better rate than small businesses and other affinity groups obtain.

14. On July 7, 2011, Plaintiff rented a vehicle from AVIS at its San Diego International Airport location for a period of one week. She was charged a total of $311.36 for the rental. Plaintiff alleges on information and belief that she could have obtained a better rental rate by using the IGLTA or NGLCC AWD codes. Plaintiff is not a member of or associated with either of those organizations and was not aware of those discount codes at the time of her rental.

## V.
## CLASS ALLEGATIONS

15. Plaintiff brings this action as a class action pursuant to Rule 23(b)(3) and/or 23(b)(2) of the Federal Rules of Civil Procedure.

16. The Class is defined as follows:

> All persons who rented cars from AVIS at locations in the State of California during the period from September 15, 2010 through the date of class certification and who were charged a rate that exceeded the rate available for a comparable rental by using the IGLTA or NGLCC AWD Codes.

17. Excluded from the Class are Defendant's employees and affiliates as well as any judicial officers who may be assigned to this matter.

18. The members of the Plaintiff Class are so numerous that joinder of all members would be impracticable. Plaintiff believes that there are many thousands of members in the proposed Class, who can be readily identified from AVIS' computer records.

19. Questions of law and fact common to the members of the Class predominate over questions that may affect individual class members. Among the questions of law and fact common to the Plaintiff Class are:

(a) Whether AVIS provides discounted rates to persons based on their sexual orientation;

(b) Whether the above discounts violate the Unruh Act;

Class Action Complaint                                4

    (c)    Whether Plaintiff and the Class are entitled to statutory damages under the Act; and

    (d)    Whether the United States and California Constitutions limit AVIS' liability for statutory damages under the circumstances here.

20. Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class were similarly affected by Defendant's wrongful conduct.

21. Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in consumer class action litigation.

22. Defendant has acted or refused to act on grounds that apply generally to the Class so that final injunctive relief or corresponding declaratory relief is appropriate respecting the Class as a whole.

23. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members would be impracticable. Furthermore, as the injuries suffered by individual Plaintiff Class members may be relatively small, the expense and burden of individual litigation make it impracticable for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## VI.
## CLAIMS FOR RELIEF

**FIRST CLAIM FOR RELIEF**
**Violations of the Unruh Civil Rights Act**
**California Civil Code, Section 51 et seq.**

24. Plaintiff hereby incorporates by reference each of the preceding allegations as though fully set forth herein.

25. California's Unruh Civil Rights Act provides in pertinent part as follows:

> All persons within the jurisdiction of this state are free and equal, and no matter what their sex, race, color, religion, national origin, disability, medical condition, marital status, or sexual orientation are entitled to the free and equal accommodations, advantages, facilities, privileges, or services in all business establishments of every kind whatsoever.
> \* \* \* \*

> For purposes of this section . . . "Sex, race, color, religion, national origin, disability, medical condition, marital status, or sexual orientation" includes a perception that the person has any particular characteristic or characteristics within the listed categories *or that the person is associated with a person who has, or is perceived to have, any particular characteristic or characteristics within the listed categories.*

Cal. Civil Code §§ 51(b), 51(e)(5) (emphasis added).

26. Civil Code Section 51.5 further provides that:

> No business establishment of any kind whatsoever shall *discriminate against . . . or trade with* any person in this state on account of any characteristic listed or defined in subdivision (b) or (e) of Section 51, *or of the person's partners, members, stockholders, directors, officers, managers, superintendents, agents, employees, business associates, suppliers, or customers, because the person is perceived to have one of more of those characteristics, or because the person is associated with a person who has, or is perceived to have any of those characteristics.* [Emphasis added]

27. The Act's remedial provisions are set forth in Civil Code Section 52(a), which provides:

> Whoever denies, aids or incites a denial, or makes any discrimination or distinction contrary to Section 51, 51.5, or 51.6, is liable for each and every offense for the actual damages and any amount that may be determined by a jury, or a court sitting without a jury, up to a maximum of three times the amount of actual damage but in no case less than four thousand dollars ($4,000), and any attorney's fees that may be determined by the court in addition thereto, suffered by any person denied the rights provided in Section 51, 51.5, or 51.6.

28. Plaintiff and the Class members were injured by AVIS' violations of Civil Code Section 51 et seq. and bring this action to recover statutory damages and attorney's fees.

**SECOND CLAIM FOR RELIEF**
**Violations of Cal. Bus. & Prof. Code §17200**

29. Plaintiff hereby incorporates by reference each of the preceding allegations as though fully set forth herein.

30. The California Unfair Competition Law ("UCL") (Bus. & Prof. Code §§ 17200, *et seq*.) prohibits acts of unfair competition, which include any "unlawful, unfair, or fraudulent business act or practice."

Class Action Complaint                                6

31.     By its actions described above, Defendant violated and continues to violate the UCL in that it has engaged and continues to engage in unlawful business practices within the meaning of the UCL, specifically violations of the Unruh Act.

32.     Defendant has engaged in an "unfair" business practice by charging numerous car renters rates greater than those it makes available to persons who rent cars using the IGLTA and NGLCC AWD Codes.

33.     As a direct and proximate result of these acts, Plaintiff and the Plaintiff Class have suffered injury in fact and have lost money and property through excessive charges to their credit and debit cards.

34.     Defendant received and continues to hold funds that rightfully should be restored to Plaintiff and members of the Class. Pursuant to Section 17203 of the Business and Professions Code, Plaintiff seeks an order and/or judgment from the Court (1) enjoining defendant from engaging in practices which constitute illegal and unfair competition and (2) restoring to Plaintiff and the Class all monies wrongfully acquired by Defendant by means of such practices, plus interest.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests of this Court the following relief, on behalf of herself and all others similarly situated:

A.     A determination that this action is a proper class action maintainable pursuant to Federal Rule of Civil Procedure 23 and appointing Plaintiff as representative of the Class and Krause Kalfayan Benink & Slavens, LLP as Class counsel;

B.     Damages, restitution, and disgorgement in an amount to be determined at trial, but not less than $5,000,000;

C.     Equitable and injunctive relief enjoining defendant from engaging in practices which constitute illegal and unfair competition;

D.     Pre-judgment interest at the maximum rate allowable at law;

E.     Reasonable attorney's fees as permitted by law as well as court costs; and

Class Action Complaint                                7

G. Such other and further relief as the Court deems just and proper.

Dated: January 9, 2011                          KRAUSE KALFAYAN BENINK &
                                                SLAVENS, LLP

                                                */s/ Eric J. Benink*_____
                                                Eric J. Benink, Esq.
                                                David B. Zlotnick, Esq.
                                                Mary K. Wyman, Esq.
                                                  *Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff Lynn Evenchik hereby demands a jury trial pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

Dated: January 9, 2011                          KRAUSE KALFAYAN BENINK &
                                                SLAVENS, LLP

                                                */s/ Eric J. Benink*_____
                                                Eric J. Benink, Esq.
                                                David B. Zlotnick, Esq.
                                                Mary K. Wyman, Esq.
                                                  *Attorneys for Plaintiff*

Class Action Complaint                    8

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Lynn Evenchik, on behalf of herself and all others similarly situated,

**DEFENDANTS**
Avis Rent A Car System, LLC. a Delaware Limited Liability Company,

**(b)** County of Residence of First Listed Plaintiff: **Pima County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Parsippany, New Jersey**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
KRAUSE, KALFAYAN, BENINK, & SLAVENS, LLP
550 West C Street, Ste 530, San Diego, CA 92101; (619)232-0331

Attorneys (If Known)

'12CV0061 H    POR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1332(d)

Brief description of cause:
Violations of the Unrul Civil Rights Act

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $** 5,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 01/09/2012

SIGNATURE OF ATTORNEY OF RECORD: /s/ Eric J. Benink

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**. Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases**. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**. Date and sign the civil cover sheet.