1  **DLA PIPER LLP (US)**
   WILLIAM P. DONOVAN, JR., SBN 155881
2  william.donovan@dlapiper.com
   BENJAMIN W. TURNER, SBN 256092
3  benjamin.turner@dlapiper.com
   2000 Avenue of the Stars
4  North Tower – Suite 400
   Los Angeles, CA  90067-4704
5  Telephone:  310.595.3000
   Facsimile:  310.595.3300
6
   Attorneys for Defendant
7  AVIS RENT A CAR SYSTEM, LLC

8

9                   **UNITED STATES DISTRICT COURT**

10                  **SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| LYNN EVENCHIK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVIS RENT A CAR SYSTEM, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | CASE NO.  3:12-cv-00061-BEN-POR<br><br>*(Assigned to Hon. Roger T. Benitez, Courtroom 3)*<br><br>**DEFENDANT AVIS RENT A CAR SYSTEM, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>*[Memorandum of Points and Authorities in Support of Motion to Dismiss; Request for Judicial Notice; and Proposed Orders Submitted Concurrently Herewith]*<br><br>Date:           March 26, 2012<br>Time:          10:30 a.m.<br>Courtroom:  3<br><br>Complaint Filed:  January 9, 2012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 26, 2012 at 10:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 3 of the above-entitled Court, located at 940 Front Street, San Diego, CA 92101, Defendant Avis Rent A Car System, LLC ("Avis"), will and hereby does move this Court to dismiss the Complaint of Plaintiff Lynn Evenchik ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6).

Avis bring this Motion on the grounds that Plaintiff's claims under California's Unruh Civil Rights Act and Unfair Competition Law fail because: (1) the Unruh Act was not intended to, and does not, govern the alleged conduct at issue here; (2) Plaintiff does not, and cannot, allege that Avis offers differential pricing to customers based on their sexual orientation; (3) Plaintiff does not, and cannot, allege that Avis intentionally discriminated against her; (4) a disparate impact claim cannot proceed under the Unruh Act; (5) it is not arbitrary to offer discounts to members of organizations that allegedly promote travel to groups that have previously suffered pervasive discrimination; (6) applying the Unruh Act to preclude Avis from partnering with such organizations impermissibly interferes with Avis' business and impinges on its right to expressive association; (7) Plaintiff otherwise fails to adequately plead an unlawful, fraudulent, or unfair business practice under California's Unfair Competition Law; and (8) Plaintiff's interpretation of the Unruh Act and Unfair Competition Law violate the commerce clause and other provisions of the United States and California constitutions.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities filed herewith, and such other and further papers and arguments as may be submitted to the Court.

-1-

| | | |
|---|---|---|
| 1 | Dated: February 22, 2012 | DLA PIPER LLP (US) |

By  s/ William P. Donovan, Jr.
WILLIAM P. DONOVAN, JR.
Attorneys for Defendant
AVIS RENT A CAR SYSTEM, LLC