# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Transfer of Cases from Magistrate Judge Louisa S. Porter to Magistrate Judge David H. Bartick, | ORDER TRANSFERRING CASES |

All cases currently assigned to Magistrate Judge Louisa S Porter are hereby transferred to the calendar of Magistrate Judge David H. Bartick. All pending dates currently scheduled before Magistrate Judge Louisa S Porter are to be rescheduled to the calendar of Judge David H. Bartick as previously set.

IT IS SO ORDERED.

DATED: 4-4-2012

BARRY TED MOSKOWITZ, CHIEF JUDGE
UNITED STATES DISTRICT COURT