FILED

14 OCT -2 AM 11:09

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN EVENCHIK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVIS RENT A CAR SYSTEM, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | CASE NO. 12-cv-00061-BEN (DHB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>[Docket No. 93] |

Before this Court is a Joint Motion for Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1), filed by Plaintiff Lynn Evenchik and Defendant Avis Rent A Car System (Docket No. 93). For good cause shown, the Joint Motion is **GRANTED**. The action is **DISMISSED WITH PREJUDICE**, each party to bear their own fees and costs. The Clerk may close the case.

Dated: 10/1/14

/s/ Roger T. Benitez
HON. ROGER T. BENITEZ
United States District Judge